AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Salvador Contreras<br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 2, 2016** in the county of **La Salle** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422 (b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so.

☑ Continued on the attached sheet.

*Complainant's signature*

Roberto Perez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/05/2016

*Judge's signature*

City and state: Laredo, Texas     Guillermo R. Garcia, United State Magistrate Judge
*Printed name and title*

I, Roberto Perez, a Special Agent of Department of Homeland Security, Office of Inspector General, have knowledge of the following facts:

1. On October 21, 2016, Homeland Security Investigations (HSI) Laredo special agents received a request for assistance regarding an online child exploitation investigation on a subject who was identified as Salvador CONTRERAS.

2. From October 27, 2016 to the present, CONTRERAS communicated with an undercover (UC) HSI Laredo special agent through a messaging application detailing his intended plans to engage in intercourse and oral sex with the eight (8) and fourteen (14) year old daughters of the UC agent. During these communications, CONTRERAS spoke about his nervousness of being detected by law enforcement. CONTRERAS also sent child pornography photos to the UC's cellphone.

3. In the state of Texas, the type of sexual conduct described by CONTRERAS, if it was to occur with the individual he thought to be a with an eight (8) year old or fourteen (14) year old, would be considered sexual assault of a child, a violation of Texas Penal Code 22.011.

4. On December 2, 2016, CONTRERAS drove his vehicle approximately 140 miles from Del Rio, Texas to Cotulla, Texas for the purpose of engaging in a sexual act with an eight (8) and fourteen (14) year old. CONTRERAS was arrested by HSI/OIG agents.

5. CONTRERAS was advised of his Miranda Rights in the English language and agreed to speak with agents both verbally and in writing. CONTRERAS acknowledged he sent sexually explicit communications to the UC agent. CONTRERAS acknowledged he came to Cotulla, Texas to meet the mother and minor daughters. CONTRERAS acknowledged that he sent child pornography. CONTRERAS stated he was unsure if he would have engaged in the sexual act with the minor daughters.