UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

DEC 2 0 2016

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. |
| **SALVADOR CONTRERAS** | § | **L-16-1410** |

**INDICTMENT**

MGM

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

At all times material to this Indictment:

1.      The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1),

as "any person under the age of eighteen years."

2.      The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code,

Section 2256(2), as any:

> "actual or simulated -
> (i)      sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]
> (ii)      bestiality; [or]
> (iii)      masturbation; [or]
> (iv)      sadistic or masochistic abuse; or
> (v)      [the] lascivious exhibition of the genitals or pubic area of any person."

3.      The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and

1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or
> communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

4.      The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section

2256(5), as including, but is not limited to, any:

> "undeveloped film and videotape, and data stored on computer disk or by electronic
>
> means which is capable of conversion into a visual image."

5.      The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18,

United States Code, Section 2256(3) and case law, as:

> "producing, directing, manufacturing, issuing, publishing or advertising" and includes
> downloading images from another source, by using materials, including a computer or
> parts thereof.

## COUNT ONE
### (Coercion and Enticement)

On or about and between October 27, 2016 to December 2, 2016, within the Southern

District of Texas and elsewhere,

**SALVADOR CONTRERAS,**

defendant herein, by use of the United States mail and by means of a facility of interstate and

foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual

who defendant believed had not attained the age of 18 years, to engage in sexual activity for which

a person can be charged with a criminal offense under the laws of the State of Texas, namely, the

crime of sexual assault of a child, in violation of Section 22.011(a)(2) of the Texas Penal Code.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about and between October 27, 2016 to December 2, 2016, within the Southern

District of Texas and elsewhere,

**SALVADOR CONTRERAS,**

knowingly distributed any visual depiction that been shipped and transported in or affecting

interstate and foreign commerce, by any means including by computer, and the production of such

visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual

depiction is of such conduct, and any visual depiction involved a prepubescent minor and a minor

that had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Alfredo De La Rosa
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. **L-16-1410**

_____LAREDO_____  DIVISION

FILE: 16-23250        16-MJ-01601

INDICTMENT      Filed:_____

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

KENNETH MAGIDSON, USA

Alfredo De La Rosa, AUSA

**SALVADOR   CONTRERAS**

**CHARGE:**

**Ct. 1:**  Coercion and Enticement of a minor [18 USC 2422(b)]

**Ct. 2:**  Distribution of Child Pornography  [18 USC 2252(a)(2)]

**TOTAL COUNTS: 2**

**PENALTY:**  **Ct. 1:**  10 Yrs. to Life, and/or $250,000.00, $100 Special Assessment.
5 Years to Life Term of Supervised Release

**Ct. 2:**  5-20 Yrs., $250,000.00, $5,000.00 Spec Assessment.
AT LEAST 5 YEARS TERM OF SUPERVISED RELEASE

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: